

**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**May 24 2024**

**JEFFREY P. ALLSTEADT, CLERK**