

**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**May 30 2024**

**JEFFREY P. ALLSTEADT, CLERK**

Good morning,

Attached is an undeliverable notice in Case Number: 24-80531, that needs to be docketed.

Thank you,

Demetrius Ross
Procedure Writer / Analyst
U.S. Bankruptcy Court – Northern District of IL
219 S. Dearborn St.
Chicago, IL 60604
Demetrius_Ross@ilnb.uscourts.gov
(312) 582-7358

From: USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
Sent: Wednesday, May 29, 2024 2:14 PM
To: ILNBml_BNC <bnc@ilnb.uscourts.gov>
Subject: U.S. Bankruptcy Court, Northern District of Illinois - Returned Mail Notice, In re: TUYET TINA NGOC TRINH, Case Number: 24-80531, TML, Ref: [p-213444444]

**CAUTION - EXTERNAL:**

Notice of Returned Mail to Debtor/Debtor's Attorney

May 29, 2024